

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Raul Gonzalez

**Plaintiff,**

V.

GEO Western Detention Facility; N. Vazquez, GEO Facility Administration; Carney, Associate Warden ; T. Hartley, GEO Counselor

**Defendant.**

Civil Action No. 24-cv-0257-WQH-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That the Court DISMISSES this civil action in its entirety based on Plaintiff's failure to state a claim upon which Bivens relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), and his failure to prosecute as required by the Court's July 1, 2024 Order. The Court further CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). The case is hereby closed.

Date:   10/3/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Nyamanjiva
S. Nyamanjiva, Deputy